IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN P. BRUNKOW,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**SUPERIOR COURT, et al.,**<br><br>　　　　　　　　　　Respondent. | 1:11-cv-01713 JLT (HC)<br><br>**ORDER GRANTING PETITIONER'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE TRAVERSE**<br><br>(Doc.12) |

On December 19, 2011, Petitioner filed a motion to extend time to file his traverse. (Doc. 12). Due to workload demands, counsel requests an extension of time until January 31, 2012, to file the brief. Id. GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Petitioner's motion for extension of time (Doc. 12), is GRANTED. Petitioner is granted up to and including January 31, 2012, within which to file his responsive brief.

IT IS SO ORDERED.

　Dated: **December 23, 2011**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE